**<u>EXHIBIT 2</u>:** INFRINGEMENT #1

URL: <u>https://jennifermeyer.com/blogs/press/tagged/press?page=4</u>



**<u>EXHIBIT 2:</u>** INFRINGEMENT #2

URL: https://jennifermeyer.com/blogs/press/tagged/press?page=4#press-modal-29862592595

